| | |
|---|---|
| 1 | Galen T. Shimoda (SBN 226752) |
| | Justin P. Rodriguez (SBN 278275) |
| 2 | SHIMODA LAW CORP. |
| | 9401 East Stockton Blvd., Suite 200 |
| 3 | Elk Grove, California 95624 |
| | Telephone: (916) 525-0716 |
| 4 | Facsimile: (916) 760-3733 |
| | Email: jrodriguez@shimodalaw.com |
| 5 | attorney@shimodalaw.com |

Attorneys for Plaintiff KELLY HOOVER

Michelle B. Abidoye, Bar No. 232782
mabidoye@fordharrison.com
David L. Cheng, Bar No. 240926
dcheng@fordharrison.com
Alexandria M. Witte, Bar No. 273494
awitte@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Defendant MOM365, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY HOOVER, | Case No. 2:17-cv-01328-TLN-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S EIGHT THROUGH THIRTEENTH INDIVIDUAL CAUSES OF ACTION** |
| v. | |
| MOM365, INC., a Missouri Corporation; and DOES 1 to 100 inclusive, | |
| Defendants. | Date Action Filed: May 19, 2017 |
| | FAC Filed: September 1, 2017 |

**STIP & ORDER TO DISMISS INDIVIDUAL COA'S**   Case No. 2:17-CV-01328-TLN-CKD   1

Plaintiff KELLY HOOVER and Defendant MOM365, INC., by and through their respective counsel of record, hereby agree to the following:

WHEREAS, Plaintiff initiated the above entitled action by filing a Complaint in the California Superior Court for the County of Sacramento on May 19, 2017, against Defendant that included individual and causes of action for discrimination, retaliation, and wrongful termination;

WHEREAS, the parties participated in mediation on January 16, 2018 and agreed to resolve Plaintiff's Eighth through Thirteenth individual causes of action;

WHEREAS, the parties' resolution of Plaintiff's Eighth through Thirteenth individual causes of action does not resolve Plaintiff's wage and hour claims (whether individual, class, or representative) asserted in the action;

WHEREAS, the parties agree that the resolution of her Eighth through Thirteenth Causes of Action does not impede or affect Plaintiff's right to pursue the putative class claims against Defendant in this action and to fulfill her duties as a putative class representative, including contacting putative class members, etc., for purposes of prosecuting this action; and

WHEREAS, the parties have agreed to Plaintiff dismissing the Eighth through Thirteenth individual causes of action with prejudice and with each side to bear their own fees and costs with respect to those claims.

NOW, THEREFORE, good cause having been shown, the parties stipulate to and agree to the following:

1. Plaintiff's Eighth through Thirteenth Causes of Action in her First Amended Complaint for Disability Discrimination in Violation of FEHA, Failure to Accommodate and Engage in the Interactive Process, Failure to Prevent Discrimination, Retaliation in Violation of FEHA, Violation of Labor Code § 233, and Wrongful Discharge in Violation of Public Policy will be dismissed with prejudice with each side to bear their own fees and costs as to these claims only.

**IT IS SO STIPULATED.**

DATED: February 23, 2018

Respectfully submitted,

SHIMODA LAW CORP.

By: /s/ Justin P. Rodriguez
    Galen T. Shimoda
    Justin P. Rodriguez
    Attorneys for Plaintiff

DATED: February 23, 2018

FORD & HARRISON LLP

By: /s/ David L. Cheng
    David L. Cheng
    (as authorized 2/23/18)
    Alexandria Witte
    Attorneys for Defendant

**ORDER**

Good cause appearing, the Court makes the following Order:

1. Plaintiff's Eighth through Thirteenth Causes of Action in her First Amended Complaint for Disability Discrimination in Violation of FEHA, Failure to Accommodate and Engage in the Interactive Process, Failure to Prevent Discrimination, Retaliation in Violation of FEHA, Violation of Labor Code § 233, and Wrongful Discharge in Violation of Public Policy will be dismissed with prejudice with each side to bear their own fees and costs as to these claims only.

IT IS SO ORDERED:

Dated: February 28, 2018

    Troy L. Nunley
    United States District Judge