Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
      jrodriguez@shimodalaw.com

Attorneys for Plaintiff KELLY HOOVER

Michelle B. Abidoye, Bar No. 232782
mabidoye@fordharrison.com
Alexandria M. Witte, Bar No. 273494
awitte@fordharrison.com
David L. Cheng, Bar No. 240926
dcheng@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Defendant MOM365, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY HOOVER, | Case No. 2:17-CV-01328-TLN-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT AND ACCOMPANYING BRIEFING SCHEDULE, AND TO MODIFY THE PRETRIAL SCHEDULING ORDER** |
| vs. | |
| MOM365, INC., a Missouri Corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |
| | Complaint Filed: May 19, 2017<br>FAC Filed: September 1, 2017 |

1     This Stipulation and proposed Order is entered into between Plaintiff KELLY HOOVER
2 ("Plaintiff") and Defendant MOM365, INC. ("Defendant") (Plaintiff and Defendant all collectively, the
3 "Parties"), by and through their counsel of record, as follows:
4     WHEREAS, Plaintiff initiated the above entitled action by filing a Complaint in the California
5 Superior Court for the County of Sacramento on May 19, 2017;
6     WHEREAS Defendant removed Plaintiff's Action to the United States Superior Court for the
7 Eastern District of California and filed a Notice of Removal on June 29, 2017;
8     WHEREAS Plaintiff filed a First Amended Complaint on September 1, 2017;
9     WHEREAS Plaintiff filed a Motion to Modify the Pre-Trial Scheduling Order and For Leave to
10 File a Second Amended Complaint and the Hearing for that Motion is scheduled for April 4, 2018 at
11 2:00 p.m. in Courtroom 2, 15th Floor of the United States District Court for the Eastern District of
12 California;
13     WHEREAS Defendant's Opposition Brief to Plaintiff's Motion is due March 22, 2018 and
14 Plaintiff's Reply Brief is due on March 29, 2018;
15     WHEREAS the Court entered a Pretrial Scheduling Order on October 19, 2017;
16     WHEREAS the Parties agree it is in their best interest to continue the Motion hearing and the
17 corresponding deadlines to file an opposition and reply brief and to continue other litigation dates in the
18 Court's Pretrial Scheduling Order in order to continue settlement discussions arising from and
19 subsequent to the Parties' January 16, 2018 mediation in an attempt to resolve Plaintiff's remaining class
20 claims;
21     WHEREAS a ruling on the pending Motion and the added expense related to further briefing in
22 connection therewith will make resolution much more difficult to achieve; and
23     WHEREAS the Parties have not requested any prior extensions or modifications to the Court's
24 October 19, 2017 Pretrial Scheduling Order;
25     NOW, THEREFORE, good cause having been shown under Rule 16, IT IS HEREBY
26 STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as
27 follows:
28

1. That the Court will continue Plaintiff's Motion to Modify the Pretrial Scheduling Order and For Leave to File a Second Amended Complaint Hearing currently set for 2:00 p.m. on April 5, 2018 to 2:00 p.m. on June 28, 2018, or a date thereafter that is mutually convenience for the Court;

2. That all opposition and reply briefs due to be filed in connection with Plaintiff's Motion will be now be due based on the newly set hearing dates and in accordance with Local Rules;

3. That nothing in this stipulation and proposed order, or the act of entering into this stipulation and proposed order, shall prejudice Plaintiff or Defendant in any argument they may otherwise make in the opposition and/or reply briefs;

4. That the Court will continue the deadline for completing Phase I of discovery pertaining to class certification from June 15, 2018 to August 17, 2018;

5. That the Court will continue the deadline for disclosure of expert witnesses from September 14, 2018 to November 16, 2018; and

6. That the Court will continue the deadline for hearing the Class Certification Motion from December 6, 2018 to February 8, 2019, or a date thereafter that is mutually convenient for the Court.

**Shimoda Law Corp.**

Dated: March 21, 2018       By:  /s/ Justin P. Rodriguez
                                                   Galen T. Shimoda
                                                   Justin P. Rodriguez
                                                   Attorneys for Plaintiff

FORD & HARRISON LLP

Dated: March 21, 2018       By:  /s/ David L. Cheng
                                                   David L. Cheng
                                                 (as authorized on 3/21/18)
                                                 Michelle B. Abidoye
                                                 Alexandria M. Witte
                                                 Attorneys for Defendant

**ORDER**

The COURT, having considered the above stipulation and finding good cause, HEREBY ORDERS that:

1. Plaintiff's Motion to Modify the Pretrial Scheduling Order and For Leave to File a Second Amended Complaint Hearing currently set for 2:00 p.m. on April 5, 2018 will be continued to 2:00 p.m. on June 28, 2018;

2. All opposition and reply briefs due to be filed in connection with Plaintiff's Motion will be now be due based on the newly set hearing dates and in accordance with Local Rules;

3. Nothing in this stipulation and proposed order, or the act of entering into this stipulation and proposed order, shall prejudice Plaintiff or Defendant in any argument they may otherwise make in the opposition and/or reply briefs;

4. The deadline for completing Phase I of discovery pertaining to class certification will be continued from June 15, 2018 to August 17, 2018;

5. The deadline for disclosure of expert witnesses will be continued from September 14, 2018 to November 16, 2018; and

6. The deadline for hearing the Class Certification Motion will be continued from December 6, 2018 to February 21, 2019.

IT IS SO ORDERED.

Dated: March 22, 2018

Troy L. Nunley
United States District Judge