Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
jrodriguez@shimodalaw.com

Attorneys for Plaintiff KELLY HOOVER

Michelle B. Abidoye, Bar No. 232782
mabidoye@fordharrison.com
David L. Cheng, Bar No. 240926
dcheng@fordharrison.com
Alexandria M. Witte, Bar No. 273494
awitte@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Defendant MOM365, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KELLY HOOVER,<br><br>Plaintiff,<br><br>vs.<br><br>MOM365, INC., a Missouri Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | **Case No. 2:17-CV-01328-TLN-CKD**<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT AND ACCOMPANYING BRIEFING SCHEDULED, AND TO MODIFY THE PRETRIAL SCHEDULING ORDER WITHOUT PREJUDICE**<br><br>Complaint Filed: May 19, 2017<br>FAC Filed: September 1, 2017 |

This Stipulation and proposed Order is entered into between Plaintiff KELLY HOOVER ("Plaintiff") and Defendant MOM365, INC. ("Defendant") (Plaintiff and Defendant all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS, Plaintiff initiated the above entitled action by filing a Complaint in the California Superior Court for the County of Sacramento on May 19, 2017;

WHEREAS Defendant removed Plaintiff's Action to the United States Superior Court for the Eastern District of California and filed a Notice of Removal on June 29, 2017;

WHEREAS Plaintiff filed a First Amended Complaint on September 1, 2017;

WHEREAS Plaintiff filed a Motion to Modify the Pre-Trial Scheduling Order and For Leave to File a Second Amended Complaint and the Hearing for that Motion is scheduled for June 28, 2018 at 2:00 p.m. per the Court's order on March 22, 2018;

WHEREAS Defendant has not yet filed an opposition to Plaintiff's Motion to Modify the Pre-Trial Scheduling Order and For Leave to File a Second Amended Complaint;

WHEREAS the Court entered a Pretrial Scheduling Order on October 19, 2017;

WHEREAS the Parties have been engaged in settlement discussions and have reached an agreement for a class-wide settlement in principal and are finalizing all material terms of this settlement subject to Court approval;

WHEREAS the Parties agree it is in their best interest to withdraw the Motion without prejudice to their respective positions, including issues affecting statutes of limitations on the claims sought to be added through the Motion, in order to preservice litigation and judicial resources and allow the parties to seek preliminary and final approval of the class-wide settlement without prejudice to the parties' original position should the Court deny approval and return the litigation to status quo as if no settlement had been entered into;

WHEREAS final approval by the Court of the class-wide settlement would dispense with the need for the Court to determine Plaintiff's Motion to Modify the Pre-Trial Scheduling Order and For Leave to File a Second Amended Complaint;

//

//

WHEREAS the Parties estimate the Hearing for Preliminary Approval of Settlement will be approximately August 9, 2018 and the Hearing for Final Approval of Settlement will be approximately January 24, 2019;

NOW, THEREFORE, good cause having been shown under Rule 16, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. That Plaintiff's Motion to Modify the Pretrial Scheduling Order and For Leave to File a Second Amended Complaint Hearing currently set for 2:00 p.m. on June 28, 2018 be deemed withdrawn without prejudice and that the currently set hearing date should be vacated pending class settlement approval proceedings being completed; and

2. That nothing in this stipulation and proposed order, or the act of entering into this stipulation and proposed order, shall prejudice Plaintiff or Defendant in any argument they may otherwise make in relation to the Motion should it be refiled.

**Shimoda Law Corp.**

Dated: June 11, 2018  By: /s/ Justin P. Rodriguez
Galen T. Shimoda
Justin P. Rodriguez
Attorneys for Plaintiff

FORD & HARRISON LLP

Dated: June 11, 2018  By: /s/ David L. Cheng
David L. Cheng
(as authorized on 6/11/18)
Michelle B. Abidoye
Alexandria M. Witte
Attorneys for Defendant

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The COURT, having considered the above stipulation and finding good cause, HEREBY |
| 3 | ORDERS that: |
| 4 | 1. That Plaintiff's Motion to Modify the Pretrial Scheduling Order and For Leave to File a |
| 5 | Second Amended Complaint Hearing currently set for 2:00 p.m. on June 28, 2018 be deemed withdrawn |
| 6 | without prejudice and that the currently set hearing date should be vacated pending class settlement |
| 7 | approval proceedings being completed; and |
| 8 | 2. That nothing in this stipulation and order, or the act of entering into this stipulation and |
| 9 | order, shall prejudice Plaintiff or Defendant in any argument they may otherwise make in relation to the |
| 10 | Motion should it be refiled. |
| 12 | IT IS SO ORDERED. |
| 14 | Dated: June 12, 2018 |

Troy L. Nunley
United States District Judge