UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KELLY HOOVER, | Case No. 2:17-CV-01328-TLN-CKD |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| MOM365, INC., a Missouri Corporation; and DOES 1 to 100, inclusive, | Action Filed: May 19, 2017<br>Date of Removal: June 29, 2017<br>FAC Filed: September 1, 2017<br>Trial Date: None Set |
| Defendants. | |

The Court, having received and considered Defendant's Request to Appear Telephonically, finds that such motion should be GRANTED. It is, therefore,

ORDERED that attorney David L. Cheng is hereby allowed to attend Plaintiff's Motion for Final Approval of Class Action Settlement telephonically.

IT IS SO ORDERED.

Date: October 18, 2019

_____
Troy L. Nunley
United States District Judge

CASE NO. 2:17-CV-01328-TLN-CKD
ORDER GRANTING DEFENDANT'S
REQUEST TO APPEAR TELEPHONICALLY

1

Ford & Harrison LLP
Attorneys At Law
Los Angeles